UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES ERNEST ROBINSON,<br><br>          Petitioner,<br>     v.<br><br>BRIAN E. WILLIAMS, SR., et al.,<br><br>          Respondents. | Case No. 2:14-cv-02023-RFB-VCF<br><br>ORDER |

This is a counseled habeas action pursuant to 28 U.S.C. § 2254. On October 19, 2016, petitioner Charles Ernest Robinson filed a motion for voluntary dismissal (ECF No. 41). In his motion and attached declaration, petitioner states that he has discussed with his counsel the procedural and substantive issues involved in his case and the possible outcomes, and he seeks the voluntarily dismissal of his petition pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that petitioner's voluntary motion for the dismissal of the petition (ECF No. 41) is **GRANTED**. The petition is dismissed.

**IT IS FURTHER ORDERED** that petitioner's motion for extension of time to file an amended petition (ECF No. 40) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED: 8 February 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE